## GRANGER v. GRIFFIN.

**Assignment for Benefit of Creditors.** (*Loomis v. Griffin, ante*, p. 442, *followed.*)

*Appeal from Delaware District Court.*—HON. JOHN J. NEY, Judge.

FILED, OCTOBER 17, 1889.

APPEAL from an order allowing a claim against the estate of R. F. Stewart, insolvent.

*J. B. Satterlee* and *Yoran & Arnold*, for appellant.

*Blair, Dunham & Norris*, for appellee.

ROBINSON, J.—The facts involved in this case are so nearly like those considered in *Loomis v. Griffin, ante,* p. 442, that what we said in that case applies to this. Following the decision in that case, the order of the district court is REVERSED.